# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USAMA MAHOUD OMAR, | : |
| Plaintiff | : |
| | : CIVIL NO. 15-5669 |
| v. | : |
| | : |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner | : |
| of Social Security | : |
| Defendant | : |

FILED
NOV 1 0 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW this **10th** day of **November**, 2016, upon consideration of the Report and Recommendation of Magistrate Judge Richard A. Lloret, and upon careful and independent consideration of the Plaintiff's claims and the Defendant's response it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED.

2. The Plaintiff's request for judicial review is GRANTED.

3. The final decision of the Commissioner is REVERSED, and the matter is REMANDED for further proceedings consistent with the Report and Recommendation.

SO ORDERED.

_____
HON. JOSEPH F. LEESON, JR.
U.S. District Court Judge